MARY W. LYNDE, Respondent and Appellant, *v.* CHARLES W. LYNDE, Appellant and Respondent.

Reported below, 41 App. Div. 280.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place upon present calendar, under subdivision 10, section 791, Code of Civil Procedure, cross-appeals from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1899, modifying and, as modified, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the plaintiff is without any means of support other than her own exertions, and that a speedy hearing of the appeals will prevent numerous litigations, and also that important constitutional questions are involved.

*James Westervelt* for motion.

No one opposed.

Motion denied, with ten dollars costs.